# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−05818−LTS

| | |
|---|---|
| Cunningham v. Federal Brueau of Prisons | Date Filed: 06/30/2023 |
| Assigned to: Judge Laura Taylor Swain | Date Terminated: 08/24/2023 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 555 Prisoner: Prison Condition |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kristopher A. Cunningham**     represented by     **Kristopher A. Cunningham**
34043−510
Metropolitan Detention Center
P.O. Box 329902
Brooklyn, NY 11232
PRO SE

V.

**Defendant**

**Federal Bureau of Prisons**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2023 | 1 | COMPLAINT against Federal Bureau of Prisons. Document filed by Kristopher A. Cunningham..(rdz) (Entered: 07/10/2023) |
| 06/30/2023 | | Case Designated ECF. (rdz) (Entered: 07/10/2023) |
| 06/30/2023 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Kristopher A. Cunningham..(rdz) (Entered: 07/10/2023) |
| 07/10/2023 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (sac) (Entered: 07/10/2023) |
| 07/10/2023 | 3 | ORDER DIRECTING PRISONER AUTHORIZATION: Plaintiff is directed to submit a completed and signed Prisoner Authorization Form to this Court's Pro Se Office within thirty (30) days of the date of this Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Prisoner Authorization Form due by 8/9/2023. (Signed by Judge Laura Taylor Swain on 7/10/2023) (sha) (Entered: 07/10/2023) |
| 07/12/2023 | | MAILING RECEIPT: Document No: 3. Mailed to: Kristopher A. Cunningham 34043−510 Metropolitan Detention Center P.O. Box 329902 Brooklyn, NY 11232. (ok) (Entered: 07/12/2023) |
| 08/11/2023 | 4 | PRISONER AUTHORIZATION. Document filed by Kristopher A. Cunningham.(sc) (Entered: 08/15/2023) |
| 08/15/2023 | 5 | TRANSFER ORDER: The Clerk of Court is directed to transfer this action to the United States |

| | | |
|---|---|---|
| | | District Court for the Eastern District of New York. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes the case in the Southern District of New York. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/15/2023) (sac) (Entered: 08/16/2023) |
| 08/15/2023 | Ï | Transmission to Office of the Clerk of Court. Transmitted re: 5 Transfer Order, to the Office of the Clerk of Court for processing. (sac) (Entered: 08/16/2023) |
| 08/17/2023 | Ï | MAILING RECEIPT: Document No: 5. Mailed to: Kristopher A. Cunningham 34043–510 Metropolitan Detention Center P.O. Box 329902 Brooklyn, NY 11232. (sha) (Entered: 08/17/2023) |
| 08/24/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York.(nb) (Entered: 08/24/2023) |